Dianne Crandell Kerns, Trustee
Office of the Chapter 13 Trustee
Mailing Address:
7320 N. La Cholla #154-413
Tucson, AZ 85741
TELEPHONE 520.544.9094
FACSIMILE 520.544.7894
MAIL@DCKTRUSTEE.COM

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | In Proceedings Under Chapter 13 |
| | **Case No. 4:10-bk-00728-JMM** |
| ANTHONY CARL PHILLIPS | |
| VERONICA ELIZABETH PHILLIPS | **NOTICE OF MORTGAGE** |
| | **PAYMENT CHANGE** |
| Debtor(s), | |
| | |
| (CONDUIT CASE) | |

YOU ARE HEREBY notified that pursuant to notice received by the Chapter 13 Trustee from Wells Fargo Home, Proof of Claim No. 4, the ongoing conduit mortgage payment amount has changed to $ 929.20 per month, beginning in March, 2011.

Pursuant to Standing Order effective October 1, 2008, this notice serves as an amendment to Creditor's real property claim and Debtor(s) Plan. Parties in interest have 20 days from the date of this notice to file an objection to the payment change.

The Trustee shall be authorized to disburse the new conduit payment without seeking further order of the Court.

**It is the obligation of the Debtor(s)/Debtor(s) Attorney to determine the impact on plan feasibility and, if appropriate, amend their plan within 30 days to accommodate any necessary plan payment change.**

**It is the obligation of the Debtor(s) to submit the changed payment amount pursuant to the Standing order (and any amended plan) in order to remain in compliance with the Standing Order.**

If a written objection is timely filed with the Clerk of the Bankruptcy Court at 38 South Scott Ave, Tucson, AZ 85701, the objecting party shall set the objection for hearing. The Trustee is authorized to pay the new Conduit Payment until such time as an order is entered sustaining an objection to this payment change.

**A hearing will not be held on this motion unless an objection and/or response is timely filed with the Clerk.**

RESPECTFULLY SUBMITTED this **FEB 1 7 2011** .

OFFICE OF THE CHAPTER 13 TRUSTEE
7320 N. La Cholla #154-413
Tucson, AZ 85741

By /s/ DCK 011557 _____
       Dianne C. Kerns, Chapter 13 Trustee

## CERTIFICATE OF SERVICE

I certify that I electronically filed the above and foregoing Notice of Mortgage Payment Change with the Court via the CM/ECF system, which notices all interested parties using the CM/ECF system, including the Debtors' Attorney. I have also mailed this pleading first class, to the following on this date: **FEB 1 7 2011**

1

2    CC:    ANTHONY CARL PHILLIPS
3           VERONICA ELIZABETH PHILLIPS
            3286 S BOWMAN ROAD
4           APACHE JUNCTION, AZ 85219
            Debtor(s)
5
            ALETHIA MICHELLE SCIPIONE
6           2231 EAST PECOS ROAD, SUITE 2
7           CHANDLER, AZ 85225
            Debtor(s) Attorney
8
            Wells Fargo Bank, N.A.
9           One Home Campus, MAC# X2302-045
            Des Moines, IA 50328
10          Affected Real Property Creditor

11

12   BY:    PJ

13

14

15

16

17

18

19

20

21

22

23

24

25

26

In re:

Debtor(s)

ANTHONY CARL PHILLIPS AND VERONICA ELIZABETH PHILLIPS

Case No.:   10-00728                               Loan Number (Last 4):   1944
Chapter:    13

## NOTICE OF PAYMENT CHANGE

Wells Fargo Home Mortgage, its successor or assign, hereby gives its Notice of Payment Change as follows:

| | | |
|---|---|---:|
| Payment Change Reason: | | Escrow |
| Effective Date of New Payment: | | March 01, 2011 |
| | | |
| Current Monthly Payment: | Principal and Interest | $774.90 |
| | Tax and Other Amount | $152.91 |
| | Mortgage Insurance | $0.00 |
| | Optional Insurance Amount | $0.00 |
| | Over/Shortage Amount | $0.00 |
| | Hazard Insurance Amount | $33.97 |
| | Total Payment Amount | $961.78 |
| | | |
| New Monthly Payment: | Principal and Interest | $774.90 |
| | Tax and Other Amount | $111.84 |
| | Mortgage Insurance | $0.00 |
| | Optional Insurance Amount | $0.00 |
| | Over/Shortage Amount | $0.00 |
| | Hazard Insurance Amount | $42.46 |
| | Total Payment Amount | $929.20 |

Specific Contact Information:                    Teresa Diaz-Cochran
Adriana Gitchel                                 Wells Fargo Home Mortgage
Phone: 800-257-5645                             MAC X7801-014 3476 Stateview Blvd.
Fax:                                            Fort Mill, SC 29715
Email:
                                                Telephone: 800-257-5645
                                                Fax:
                                                Email Address:

Date:     February 10, 2011

By:       /s/ Teresa Diaz-Cochran

0-cd237224-3328-447f-afda-eef3df14ee82

WELLS FARGO HOME MORTGAGE
PO Box 14547
Des Moines, IA 50306-3547

**ESCROW DISCLOSURE STATEMENT**
**AND NOTICE OF NEW MORTGAGE PAYMENT**
Customer Service: (800) 222-0238
TTY Deaf/Hard of Hearing: (800) 934-9998

*Customer Service Hours:*
Mon-Fri 6am to 10pm
Saturday 8am to 2pm
Central Time

005246

ANTHONY C PHILLIPS
VERONICA E PHILLIPS
3286 S BOWMAN RD
APACHE JUNCTION AZ 85119-3684

Loan Number: ▮▮▮▮▮▮▮▮

Disclosure Statement Date: 12/06/10
Next Monthly Payment Due: 05/01/10

Client#: 936

| New Payment Effective Date: | 03/01/11 |
|---|---|
| | Current Monthly Payment / New Monthly Payment |

| | Current Monthly Payment | New Monthly Payment |
|---|---|---|
| Principal &/or Interest | 774.90 | 774.90 |
| Escrow | 186.88 | 154.30 |
| **Total Payment** | **$961.78** | **$929.20** |

**Low Point Summary**

*The Allowable Low Point is the amount allowed by the Real Estate Settlement Procedures Act (RESPA), the mortgage loan documents, or by state law, if applicable. (excludes Mortgage Ins)*

| | | |
|---|---|---|
| Projected Low Point | | 222.40 |
| Escrow Adjustment | (+) | 198.54** |
| Allowable Low Point | (-) | 154.30 |
| **Escrow Surplus** | **(=)** | **$266.64** |

**An escrow adjustment of $198.54, scheduled to be repaid through the bankruptcy, is included in this calculation.*

**Anticipated Escrow Disbursements**

Items to be paid from the escrow account:

| | |
|---|---|
| COUNTY TAX | 1,342.06 |
| HAZARD INS | 509.49 |
| Total Disbursement(s): | $1,851.55 |
| Monthly Escrow Deposit: | $154.30 |

The Monthly Deposit was calculated by dividing the Total Disbursement(s) by 12.

Each year Wells Fargo Home Mortgage reviews the escrow account to determine if the current monthly payment amounts are sufficient to cover the projected property taxes and/or insurance premiums. Increases or decreases in the annual tax and/or insurance amounts may cause the monthly mortgage payment to change. The monthly mortgage payment may also change if the loan totals include an adjustable rate feature or buydown assistance.

This communication is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you have received a discharge of this debt in bankruptcy or are currently in a bankruptcy case, this notice is not intended as an attempt to collect a debt, and however we have a security interest in the property and will only exercise our rights as against the property.

If you have received a discharge and the loan was not reaffirmed in the bankruptcy case, we will only exercise our rights against the property and are not attempting any act to collect the discharged debt from you personally.

The section below reflects the anticipated escrow activity for the coming 12 months. See the reverse side for actual escrow history. Projected figures are based on information provided by sources which may include: the last tax or insurance payments disbursed, or figures provided to Wells Fargo Home Mortgage by your closing agent.

**Escrow Account Projection for the Coming Year**

| Month | Anticipated Activity Payments To Escrow | Payments From Escrow | Description | Escrow Balance Comparison Projected Balance | Required Balance |
|---|---|---|---|---|---|
| MAR/11 | Beginning Balance | | | 839.55 | 771.45 |
| MAR/11 | 154.30 | | | 993.85 | 925.75 |
| APR/11 | 154.30 | 671.03 | COUNTY TAXES | 477.12 | 409.02 |
| MAY/11 | 154.30 | | | 631.42 | 563.32 |
| JUN/11 | 154.30 | 509.49 | HAZARD INS | 276.23 | 208.13 |
| JUL/11 | 154.30 | | | 430.53 | 362.43 |
| AUG/11 | 154.30 | | | 584.83 | 516.73 |
| SEP/11 | 154.30 | | | 739.13 | 671.03 |
| OCT/11 | 154.30 | 671.03 | COUNTY TAXES | 222.40 | 154.30 * |
| NOV/11 | 154.30 | | | 376.70 | 308.60 |
| DEC/11 | 154.30 | | | 531.00 | 462.90 |
| JAN/12 | 154.30 | | | 685.30 | 617.20 |
| FEB/12 | 154.30 | | | 839.60 | 771.50 |
| **Total** | **1,851.60** | **1,851.55** | | ***Allowable Low Point Balance** | |

These calculations indicate the projected escrow balance will be more than the allowable low point. The resulting surplus is $266.64.

The escrow account history is located on the back.

## IMPORTANT INFORMATION REGARDING THE ESCROW SURPLUS

ANTHONY C PHILLIPS
VERONICA E PHILLIPS
3286 S BOWMAN RD
APACHE JUNCTION AZ 85119-3684

*Unless the account is contractually current at the time of this Disclosure Statement, the $266.64 is only a projected surplus. If the loan is not contractually current, no refund is due.*

Loan #: ▮▮▮▮▮▮▮   Client#: 936

For Informational Purposes

ESCROW ACCOUNT HISTORY

This is a review of the activity in the escrow account. It also compares our projections from the last review with the actual payments we made from the account.
An asterisk (*) indicates where a difference exists between the projected and actual account activity. The letter E beside an amount indicates that the payment or disbursement has not yet occurred, but is estimated to occur as shown. Payments are shown in the month received and not their month due. Please save this statement for comparison to the next analysis.
Please direct any questions to Customer Service at (800) 222-0238.

| Month | Payments to Escrow Account Projected | Actual | Payments from Escrow Account Projected | Description | Actual | Escrow Account Balance Projected | Actual |
|---|---|---|---|---|---|---|---|
| FEB/10 | Beginning Balance | | | | | 747.48 | 317.81- |
| FEB/10 | 186.88 | 0.00 * | 0.00 | | 0.00 | 934.36 | 317.81- |
| MAR/10 | 186.88 | 173.35 * | 0.00 | | 0.00 | 1,121.24 | 144.46- |
| APR/10 | 186.88 | 173.10 * | 917.47 | COUNTY TAXES | 917.47 | 390.65 | 888.83- |
| MAY/10 | 186.88 | 0.00 * | 0.00 | HAZARD INS | 509.49 * | 577.53 | 1,398.32- |
| JUN/10 | 186.88 | 346.70 * | 407.58 | HAZARD INS | 0.00 * | 356.83 | 1,051.62- |
| JUL/10 | 186.88 | 173.35 * | 0.00 | | 0.00 | 543.71 | 878.27- |
| AUG/10 | 186.88 | 173.35 * | 0.00 | | 0.00 | 730.59 | 704.92- |
| SEP/10 | 186.88 | 0.00 * | 0.00 | | 0.00 | 917.47 | 704.92- |
| OCT/10 | 186.88 | 173.35 * | 917.47 | COUNTY TAXES | 671.03 * | 186.88 | 1,202.60- |
| NOV/10 | 186.88 | 173.35 * | 0.00 | | 0.00 | 373.76 | 1,029.25- |
| DEC/10 | 186.88 | 1,495.04 E | 0.00 | | 0.00 E | 560.64 | 465.78 |
| JAN/11 | 186.88 | 186.88 E | 0.00 | | 0.00 E | 747.52 | 652.67 |
| FEB/11 | 0.00 | 186.88 E | 0.00 | | 0.00 E | 747.52 | 839.55 |

# CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2011, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage pre paid and via filing with the US Bankruptcy Court's CM ECF system.

Debtor:

ANTHONY CARL PHILLIPS
VERONICA ELIZABETH PHILLIPS
3286 S BOWMAN ROAD
APACHE JUNCTION, AZ 85219


Debtor's Attorney:

ALETHIA 1 SCIPIONE
2231 EAST PECOS RD, STE 2
CHANDLER, AZ 85225


Trustee:

DIANNE C. KERNS
7320 N. LA CHOLLA 154 PMB 413
TUCSON, AZ 85741-2305


/s/ Bill Taylor
_____

As Authorized Agent for Filer


0-cd237224-3328-447f-afda-eef3df14ee82